Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 25-16536 (ABA)**

Traci R. Brosius
322 Sheffield Road
Cherry Hill, NJ  08034

Monthly Payment: $300.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/05/2025 | $300.00 | 09/08/2025 | $300.00 | 09/16/2025 | $300.00 | 11/05/2025 | $300.00 |
| 12/05/2025 | $300.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TRACI R. BROSIUS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ERIC J. CLAYMAN, ESQUIRE | 13 | $4,063.00 | $1,080.00 | $2,983.00 | $0.00 |
| 1 | ADS/COMENITY/VICTORIA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AVANT/WEBBANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AFFIRM, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN FIRST FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CBR SYSTEMS, INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CCMUA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CCS/FIRST SAVINGS BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CLAYMAN LAW LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CERULEAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CHERRY HILL TOWSHIP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $497.35 | $0.00 | $497.35 | $0.00 |
| 14 | CONTINENTAL FIN CO. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | FINWISE BANK | 24 | $350.00 | $0.00 | $350.00 | $0.00 |
| 16 | FALONI LAW GROUP LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | FIRST NATIONAL CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | FIRST PREMIERE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | QUANTUM3 GROUP, LLC | 33 | $11,171.55 | $0.00 | $11,171.55 | $0.00 |
| 20 | HUE/FIRST SAVINGS CREDIT CARD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | KLARNA, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LVNV FUNDING, LLC | 33 | $543.44 | $0.00 | $543.44 | $0.00 |
| 23 | LVNV FUNDING, LLC | 33 | $1,480.51 | $0.00 | $1,480.51 | $0.00 |
| 24 | LYNDA SCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | MISSION LANE TAB BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | MERRICK BANK | 33 | $2,597.99 | $0.00 | $2,597.99 | $0.00 |
| 27 | NATIONSTAR MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 28 | NEMOURS CHILDREN HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | NISSAN-INFINITI LT | 33 | $2,011.41 | $0.00 | $2,011.41 | $0.00 |
| 30 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $553.48 | $0.00 | $553.48 | $0.00 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,137.61 | $0.00 | $2,137.61 | $0.00 |
| 32 | PSEG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | PAUL W. BROSIUS | 33 | $6,451.91 | $0.00 | $6,451.91 | $0.00 |
| 34 | PRESSLER, FELT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | RAGAN & RAGAN, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | RAUSCH STRUM LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | ASHLEY FUNDING SERVICES, LLC | 33 | $99.00 | $0.00 | $99.00 | $0.00 |
| 39 | SYNCB/LOWES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | SYNCHRONY BANK | 33 | $4,604.34 | $0.00 | $4,604.34 | $0.00 |
| 41 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $906.01 | $0.00 | $906.01 | $0.00 |
| 42 | TBOM/CONTFIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | TBOM/OLLO CARD SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | THAIS HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | U.S. DEPARTMENT OF HOUSING & URBAN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | QUANTUM3 GROUP, LLC | 33 | $4,056.72 | $0.00 | $4,056.72 | $0.00 |
| 48 | QUANTUM3 GROUP, LLC | 33 | $7,822.96 | $0.00 | $7,822.96 | $0.00 |
| 49 | VERIZON BY AMERICAN INFOSOURCE | 33 | $111.28 | $0.00 | $111.28 | $0.00 |
| 50 | VELOCITY INVESTMENTS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | VELOCITY INVESTMENTS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | VIRTUA BILLING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | VIRTUA HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | WEBBANK/ONEMAIN/FIS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | WELTMAN, WEINBERG & REIS CO., LPA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | MIDLAND CREDIT MANAGEMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | ERIC J CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | LVNV FUNDING, LLC | 33 | $837.04 | $0.00 | $837.04 | $0.00 |
| 60 | NISSAN-INFINITI LT | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | FINWISE BANK | 33 | $3,115.79 | $0.00 | $3,115.79 | $0.00 |
| 62 | QUANTUM3 GROUP, LLC | 33 | $2,202.12 | $0.00 | $2,202.12 | $0.00 |
| 63 | SYNCHRONY BANK | 33 | $90.40 | $0.00 | $90.40 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 07/01/2025 | 1.00 | $0.00 |
| 08/01/2025 | Paid to Date | $600.00 |
| 09/01/2025 | 12.00 | $300.00 |
| 09/01/2026 | 46.00 | $491.00 |
| 07/01/2030 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2025

ANDREW B. FINBERG [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 25-16536 (ABA)**

| | |
|---|---|
| Total payments received this period: | $1,500.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $270.00 |
| Arrearages: | $300.00 |
| Attorney: | ERIC J. CLAYMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**